1  CROWELL & MORING LLP
   Michael Y. Kao (CSB No. 235263)
2  mkao@crowell.com
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690

5  CROWELL & MORING LLP
   Lora A. Moffatt (*admitted pro hac vice*)
6  Preetha Chakrabarti (*admitted pro hac vice*)
   lmoffatt@crowell.com
7  pchakrabarti@crowell.com
   590 Madison Ave, 20th Floor
8  New York, NY 10022
   Telephone: (212) 223-4000
9  Facsimile: (212) 223-4134

10 Attorneys for Counterclaim Plaintiff
   COSMEDICINE, LLC
11

12           UNITED STATES DISTRICT COURT

13        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

14

| | |
|---|---|
| THE HONEST COMPANY, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COSMEDICINE, LLC, a Delaware corporation,<br><br>Defendant.<br><br>COSMEDICINE, LLC, a Delaware corporation,<br><br>Counterclaim Plaintiff<br><br>v.<br><br>THE HONEST COMPANY, INC. a Delaware corporation,<br><br>Counterclaim Defendant. | Case No. 2:15-CV-00239 (PSG)<br><br>**COSMEDICINE, LLC'S COUNTERCLAIMS FOR:**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT**<br><br>**(2) FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN**<br><br>**(3) COMMON LAW TRADEMARK INFRINGEMENT**<br><br>**(4) UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200 *et seq*.)**<br><br>**(5) COMMON LAW UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: January 12, 2015 |

Counterclaim Plaintiff Cosmedicine, LLC and its predecessors (collectively referred to as "Cosmedicine"), by and through its undersigned counsel, Crowell & Moring LLP, hereby sets forth the following Counterclaims against Counterclaim Defendant The Honest Company ("THC"), and demands a trial by jury of all issues so triable.

## NATURE OF THE ACTION

1. This is an action for trademark infringement and unfair competition.

2. This action is based on THC's infringement of Cosmedicine's federally-registered trademark for the mark HONEST FACE, in connection with Cosmedicine's skincare products.

## PARTIES

3. Cosmedicine is a Delaware limited liability company with its principal place of business located at 15301 Ventura Boulevard, Suite 400, Los Angeles, California. Cosmedicine is registered with the California Secretary of State.

4. THC is a Delaware corporation with a principal place of business at 2700 Pennsylvania Ave, Santa Monica, California, 90404.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over the subject matter of Cosmedicine's Counterclaims under the Trademark Act of 1946 (as amended), namely, 15 U.S.C. §§ 1051 *et seq*. Therefore, this Court has subject matter and original jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Counterclaim Defendant THC by virtue of its filing its Complaint and commencing this litigation.

7. To the extent the Court determines that venue is proper here with respect to the Complaint, venue is proper in this Court with respect to the Counterclaims.

# FACTS

## History of Cosmedicine and its Trademark Rights

8. Cosmedicine, created in 2003, is founded upon on a historical legacy of over seven decades, steeped in the rich traditions of European-based aesthetics treatment. Cosmedicine continues to operate with an ethos and philosophy rooted in accordance with its originating standard of high quality and professional, results-based, luxurious and affordable skincare. Cosmedicine is directly responsible for the development and conceptualization of its products in collaboration with its long-standing US-based formulation and production partner, as well as efficacy testing, packaging, sourcing, marketing, manufacturing logistics, assembly, and ultimately sales, distribution and fulfillment to both customers directly, as well as online and brick and mortar retail partners.

9. Over the past decade, Cosmedicine has spent over sixty-six million dollars on brand and product development, product testing, marketing, and expansion of the Cosmedicine companies, products, and related brands. To date, Cosmedicine products have been sold nationally in Sephora and Nordstrom, through the website www.Cosmedicine.com, and across a variety of internet portals and well-known international outlets. A search in any internet browser will not only reveal continuous retail availability of Cosmedicine's products, but also current customer awareness and demand.

10. From its inception, Cosmedicine has engaged in and maintained a unique, high-level of honesty and integrity in product development and marketing, at the onset requiring that each product be clinically tested for true performance results measured to precision by laboratory instruments. Rather than simply adhering to the standard of self-reported assessments of product results, Cosmedicine elected to raise the bar, to better satisfy the expectations of a discerning customer base. The early testing protocols for Cosmedicine were designed and verified by an internationally-recognized university medical center

and executed by third-party laboratories that certified the proof-positive findings. To this day, Cosmedicine is universally celebrated for its scientifically-advanced formulations, clinically-proven objective performance results, high-quality drug-grade ingredients and technological innovations in skincare cosmetics.

11. In 2005, Cosmedicine applied for and was granted in 2007 the U.S. Trademark Registration No. 3,231,281 for HONEST FACE in connection with skin moisturizer. *See* Ex. A.

12. Along with the assortment of other products included in Cosmedicine's original 2006 launch was the HONEST FACE® facial moisturizer, offered in a variety of four colors. Marketed and sold under the Honest Face registered trademark, the moisturizer offers a clean, translucent and "honest", natural flattering finish for all skin tones, providing vital moisture, anti-oxidants, peptides and nourishing skin compliments. The HONEST FACE® moisturizer also does not clog pores or produce breakouts and provides minimum broad-spectrum SPF 20 protection.

13. At all times, from the launch of the HONEST FACE® brand moisturizer in 2006 to today, the HONEST FACE® brand moisturizer has been available for sale in stores and online.

14. Cosmedicine launched and continues to offer an innovative product line, backed by science, reflecting advances in formulation and skincare ingredients to benefit all skin types and concerns. To keep in step with this ambitious vision, Cosmedicine must periodically revisit and make improvements to its portfolio products. Thus, when Cosmedicine determined that HONEST FACE® products could be further improved to provide even more beautiful appearance results for an even broader range of skin types and tones, Cosmedicine initiated the costly and extensive process of reformulation and repackaging. With its reformulation under way, Cosmedicine, under the HONEST FACE® brand, continues to drive innovation with its new product formulations that deliver ultra-hydrating

antioxidant-rich, sheer coverage that impart a natural radiance to the skin from the inside as well as outside.

15. Following the investment in reformulation and expansion of the HONEST FACE® moisturizer offerings, Cosmedicine initiated plans to further expand upon the Honest Face branding in the beauty and cosmetics realm with additional tinted and non-tinted products, which are currently in various stages of development.

16. Subsequently, to support and protect this planned natural expansion, on August 19, 2014, Cosmedicine submitted a U.S. Trademark Application, Serial No. 86,371,292, for HONEST FACE in connection with multiple skincare products, including items such as foundation, pressed powder, shimmer, concealer and other complexion-perfecting formulas.  *See* Ex. B.  As stated above, all the aforementioned products are currently in various stages of advanced formulation and pre-production.

17. Cosmedicine is a formidable brand that has endured the fluctuations of an uncertain industry and internal management shifts, solely based on the strength of its groundbreaking formulation technology and unyielding commitment to excellence.

### THC's Infringing Activities

18. THC offers for sale an "Honest Face & Body Lotion" under the heading of "nourishing, calming, & hydrating *moisturizer*".  *See* Ex. C (emphasis added).

19. THC's unauthorized use of the HONEST FACE® mark in connection with a moisturizer that is nearly identical to that offered for sale by Cosmedicine causes confusion in the market place.  THC's use of Cosmedicine's HONEST FACE® mark is confusingly similar to Cosmedicine's use, and THC's use of the HONEST FACE® mark in connection with its moisturizer will likely cause consumer confusion with Cosmedicine's products.

20. Both THC's "Honest Face & Body Lotion" and Cosmedicine's HONEST FACE® Tinted Moisturizer are moisturizers for use on the face. THC's use of the HONEST FACE® mark in connection with its "Honest Face & Body" moisturizer, which is cheaper and of inferior quality to Cosmedicine's "Honest Face" product, will likely cause confusion among consumers and will irreparably harm Cosmedicine.

21. As THC concedes in paragraphs 18-23 of its own Complaint, THC has intentionally made millions of potentially infringing uses of Cosmedicine's HONEST FACE® mark, through various social media, broadcast, website, retail purchase points and other communication media, creating substantial and widespread confusion for consumers.

22. On information and belief, prior to initiating this action, THC hired a private investigation company that repeatedly contacted Cosmedicine's corporate parent representative requesting that it sell its rights to the HONEST FACE mark. Each time Cosmedicine was contacted, it declined the request. Instead, Cosmedicine was in the process of reformulating its HONEST FACE® moisturizer and launching its other Honest Face products. At all relevant times, THC was well aware of Cosmedicine's HONEST FACE® brand of moisturizer and the expansion of its product line.

23. On January 6, 2015 counsel for Cosmedicine sent a cease and desist letter to counsel for THC, asserting Cosmedicine's trademark rights and demanding that THC immediately terminate current and future production of its products bearing the word HONEST in connection with goods identical to those Cosmedicine sells bearing the mark HONEST FACE®. Ex. D, Letter from L. Moffatt to I. Lee (Jan. 6, 2015). Rather than engage in good faith discussion, THC filed the instant action on January 12, 2015.

24. On February 5, 2015, in an attempt to expand upon its infringing use of Cosmedicine's HONEST FACE trademark and to further highjack the word

"Honest" for cosmetic products, THC filed thirteen trademark applications with the USPTO for marks incorporating the words "HONEST" and "BEAUTY", such as: HONEST BEAUTY SUNNY, HONEST BEAUTY GLAM, HONEST BEAUTY FRESH, HONEST BEAUTY FIERCE, HONEST BEAUTY DARLING, HONEST BEAUTY CHIC, and HONEST BEAUTY EVEN BRIGHTER. As part of its strategy, THC has also filed trademark applications for HONEST, HONEST MAN and HONEST BEAUTY for beauty products.

25. THC's aggressive tactics are further underscored by the fact that on February 13, 2015, THC filed, and was granted, a Ninety-Day Extension of Time to Oppose for Good Cause Cosmedicine's 2014 trademark application for HONEST FACE discussed in paragraph 15, *supra*.

## COUNT I
## Federal Trademark Infringement under 15 U.S.C. § 1114

26. Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.

27. As described above, Cosmedicine is the owner of the federally registered trademark for HONEST FACE. Cosmedicine's ownership and exclusive use in commerce of HONEST FACE® predates the use by THC.

28. THC's acts and conduct, as described *supra*, constitutes trademark infringement in violation of 15 U.S.C. §1114 in that THC's use of the HONEST FACE® mark and other confusingly similar marks is without authorization, upon goods identical to or similar to those offered for sale by Cosmedicine, and therefore likely to cause confusion, mistake and/or deception among consumers. Such conduct has and will irreparably harm Cosmedicine and its premier and expanding HONEST FACE brand.

29. Upon information and belief, THC has made, and will continue to make, substantial gain from its unauthorized use of the HONEST FACE® mark and

other confusingly similar marks to which it is not entitled in law or equity, all to the detriment of Cosmedicine.

30. By reason of THC's infringement and violation of 15 U.S.C. § 1114, Cosmedicine has suffered, and continues to suffer, actual damages and irreparable harm from THC's unauthorized use of the HONEST FACE® mark and other confusingly similar marks on competing goods, targeting the same consumer base, unless restrained by law. Cosmedicine is entitled to an order requiring THC to account to Cosmedicine for any and all profits derived by THC from its infringing actions, and to an order awarding all damages sustained by Cosmedicine by reason of the infringement.

31. Cosmedicine has no adequate remedy at law.

32. Unless an injunction is issued enjoining any continuing or future infringing use of the HONEST FACE mark and confusingly similar marks by THC on THC's products, such use is likely to continue to cause confusion, mistake, or to deceive as to source, origin, affiliation, or sponsorship, thereby irreparably damaging Cosmedicine.

33. Accordingly, Cosmedicine respectfully requests that THC be permanently enjoined from using the HONEST FACE® mark and confusingly similar marks and for damages in an amount to be determined at trial.

34. Upon information and belief, THC's conduct alleged herein was intentional and in conscious disregard of Cosmedicine's rights. Pursuant to 15 U.S.C. § 1117(a), Cosmedicine is entitled to an award of treble damages and/or enhanced profits against THC.

### COUNT II
### Federal Unfair Competition and False Designation of Origin under 15 U.S.C. § 1125(a)

35. Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.

36. THC's acts and conduct, as described *supra*, are likely to cause confusion, cause mistake, and/or deceive the public into mistakenly believing that Cosmedicine and THC are related entities, or that one is a licensee, authorized distributor, or affiliate of the other, or that THC, its activities, and/or its products or services are authorized, endorsed, sponsored or approved by Cosmedicine, or that THC, its activities, and/or its products or services originate with, are connected with, or are associated with Cosmedicine, or vice versa.

37. THC continues to use the HONEST FACE® mark and confusingly similar marks without authorization, in furtherance of its aggressive marketing campaigns that deliberately ignore the rights that Cosmedicine has thoughtfully and pragmatically built and maintained since 2006.

38. Upon information and belief, THC's conduct is willful and intentional. THC is and was at all relevant times both actually and constructively aware of Cosmedicine's prior use, ownership and registration and THC's conduct is therefore also willful and intentional.

39. Upon information and belief, THC has made, and will continue to make, substantial gain from its unauthorized use of the HONEST FACE® mark and confusingly similar marks to which it is not entitled in law or equity, all to the detriment of Cosmedicine.

40. By reason of THC's infringement, Cosmedicine has suffered, and will continue to suffer, actual damages and irreparable harm from THC's unauthorized use of the HONEST FACE® mark and other confusingly similar marks on competing goods and services, targeting the same consumer base, unless restrained by law.

41. Cosmedicine has no adequate remedy at law.

42. Accordingly, Cosmedicine respectfully requests that THC be permanently enjoined from using the HONEST FACE® mark and other confusingly similar marks and for damages in an amount to be determined at trial.

# COUNT III
## Trademark Infringement under Common Law of the State of California

43. Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.

44. As described *supra*, Cosmedicine is the owner of valid and protectable trademark rights. Cosmedicine's ownership and exclusive use in commerce of its trademarks predate any use by THC.

45. THC's adoption and use of a confusingly similar mark is likely to cause confusion among relevant consumers.

46. Specifically, THC continues to use the HONEST FACE® mark and other confusingly similar marks without authorization.

47. THC's acts constitute common law trademark infringement under California law.

48. Upon information and belief, THC has made, and will continue to make, substantial gain from its unauthorized use of the HONEST FACE® mark to which it is not entitled in law or equity, all to the detriment of Cosmedicine.

49. By reason of THC's infringement, Cosmedicine has suffered, and will continue to suffer, actual damages and irreparable harm from THC's unauthorized use of the HONEST FACE® mark and other confusingly similar marks on competing goods and services, targeting the same consumer base, unless restrained by law.

50. Cosmedicine has no adequate remedy at law.

51. Accordingly, Cosmedicine respectfully requests that THC be permanently enjoined from using the HONEST FACE® mark and for damages in an amount to be determined at trial.

52. Upon information and belief, THC's conduct was willful, wanton, malicious, and in conscious disregard of Cosmedicine's rights, thereby justifying an award of punitive and/or exemplary damages in an amount to be determined at trial.

# COUNT IV
## Unfair Competition under California Business and Professions Code §17200

53. Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.

54. THC's acts and conduct, as described *supra*, including, but not limited to THC's use and adoption of a confusingly similar mark constitutes unfair competition and misappropriation of Cosmedicine's trademark rights in violation of California Business and Professions Code §§ 17200 *et seq*.

55. THC misappropriated the labors and expenditures of Cosmedicine in bad faith.

56. As a direct and proximate result of THC's unlawful, unfair and/or fraudulent business practices, Cosmedicine has suffered, and will continue to suffer, irreparable harm.

57. Cosmedicine is entitled to an injunction prohibiting THC from continuing the practices alleged herein, and Cosmedicine is entitled to restitution of all amounts acquired by THC by means of such wrongful acts.

58. Cosmedicine has no adequate remedy at law.

59. THC's conduct has caused, and if not enjoined, will continue to cause to Cosmedicine irreparable harm and damage to its business, reputation, and goodwill.

# COUNT V
## Common Law Unfair Competition

60. Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.

61. THC's conduct in connection with its products are likely to cause confusion, misrepresentation, mistake, and/or deceive the public as to the affiliation, approval, sponsorship, or connection between THC and Cosmedicine, and therefore constitutes common law unfair competition under California law.

62. Cosmedicine has been damaged and will continue to be damaged by THC's infringing conduct.

63. THC's conduct is causing and will continue to cause Cosmedicine to suffer irreparable harm and, unless THC is restrained, Cosmedicine will continue to be so damaged, because it has no adequate remedy at law.

64. Accordingly, Cosmedicine respectfully requests that THC be permanently enjoined from using the HONEST FACE® mark and other confusingly similar marks and for damages in an amount to be determined at trial.

65. Upon information and belief, THC's conduct was willful, wanton, malicious, and in conscious disregard of Cosmedicine's rights, thereby justifying an award of punitive and/or exemplary damages in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Counterclaim Plaintiff Cosmedicine respectfully requests relief from this Court against Counterclaim Defendant THC as follows:

a. An Order permanently enjoining and restraining Counterclaim Defendant, its subsidiaries, divisions, branches, affiliates, predecessors or successors in business, parents and wholly owned or partially owned entities of the party, and any entities acting or purporting to act for or on behalf of the foregoing, including any agents, employees, representatives, officers, directors, servants, partners, and those persons in active concert or participation with them, from engaging in, offering, or providing goods or services in connection with any mark that is identical to, or confusingly similar with, Cosmedicine's HONEST FACE® mark;

Case 2:15-cv-00239-PSG-JEM   Document 26   Filed 03/16/15   Page 13 of 14   Page ID #:155

    b.    An Order permanently enjoining and restraining Counterclaim Defendant, its subsidiaries, divisions, branches, affiliates, predecessors or successors in business, parents and wholly owned or partially owned entities of the party, and any entities acting or purporting to act for or on behalf of the foregoing, including any agents, employees, representatives, officers, directors, servants, partners, and those persons in active concert or participation with them, from using any false or misleading designation of origin, and from engaging in any acts of unfair competition, false advertising, and/or deceptive acts and practices utilizing any mark that is identical to, or confusingly similar with, Cosmedicine's HONEST FACE® mark;

    c.    An Order (i) requiring an accounting of Counterclaim Defendant's wrongful profits pursuant to Counterclaim Defendant's unlawful use of the HONEST FACE® mark and (ii) awarding all of said profits to Counterclaim Plaintiff as damages sustained by Counterclaim Plaintiff due to Counterclaim Defendant's acts complained of herein;

    d.    An Order awarding Counterclaim Plaintiff's general and/or specific damages, in an amount to be fixed by the Court in accordance with proof, including enhanced and/or exemplary damages as appropriate;

    e.    An Order awarding Counterclaim Plaintiff restitution of all amounts obtained by Counterclaim Defendant by means of its wrongful acts described herein;

CROWELL & MORING LLP
ATTORNEYS AT LAW

-12-

COSMEDICINE, LLC'S COUNTERCLAIMS; CASE NO. 2:15-CV-239-00840 (PSG)

f.  A Declaration that this case is "exceptional" within the meaning of 15 U.S.C. § 1117 and awarding Counterclaim Plaintiff its reasonable attorneys' fees and costs based thereon;

g.  An Order awarding Counterclaim Plaintiff pre-judgment interest;

h.  Award such other and further relief that the Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Counterclaim Plaintiff demands a trial by jury of all issues so triable.

Dated: March 16, 2015            CROWELL & MORING LLP

*/s/ Michael Kao*
Michael Y. Kao
mkao@crowell.com
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Lora A. Moffatt
Preetha Chakrabarti
lmoffatt@crowell.com
pchakrabarti@crowell.com
590 Madison Ave, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

*Attorneys for Defendant, Counterclaim Plaintiff, COSMEDICINE, LLC*