RUSS, AUGUST & KABAT
JULES L. KABAT, State Bar No. 061659
E-mail: jkabat@raklaw.com
IRENE Y. LEE, State Bar No. 213625
E-mail: ilee@raklaw.com
NATHAN D. MEYER, State Bar No. 239850
E-mail: nmeyer@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff and Counterclaim-Defendant
The Honest Company, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HONEST COMPANY, INC. a Delaware corporation, | Case No. 2:15-CV-239 (PSG) |
| Plaintiff, | |
| vs. | **PLAINTIFF AND COUNTERCLAIM-DEFENDANT THE HONEST COMPANY, INC.'S ANSWER TO DEFENDANT AND COUNTER-CLAIMANT COSMEDICINE, LLC'S COUNTERCLAIM** |
| COSMEDICINE, LLC, a Delaware limited liability company, | |
| Defendant. | |
| COSMEDICINE, LLC, a Delaware limited liability company, | |
| Counter-claimant, | Original Complaint Filed: January 12, 2015 |
| vs. | |
| THE HONEST COMPANY, INC. a Delaware corporation, | |
| Counterclaim-Defendant. | |

3381-012 150409 AnswerCC.docx

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT THE HONEST COMPANY, INC.'S ANSWER TO DEFENDANT AND COUNTER-CLAIMANT COSMEDICINE, LLC'S COUNTERCLAIM**

RUSS, AUGUST & KABAT

Plaintiff and counter-defendant The Honest Company, Inc. ("Honest Company") answers the counter-claim of defendant and counter-claimant Cosmedicine, LLC ("Cosmedicine") as follows. For the court's convenience, the numbered paragraphs and the headings of the counterclaim are reproduced below *in italics*, followed by Honest Company's response.

## *NATURE OF THE ACTION*

*Paragraph No. 1: This is an action for trademark infringement and unfair competition.*

**ANSWER TO PARAGRAPH NO. 1**

1.    Honest Company admits that Cosmedicine has brought an action for trademark infringement and unfair competition.

*Paragraph No. 2: This action is based on THC's infringement of Cosmedicine's federally-registered trademark for the mark HONEST FACE, in connection with Cosmedicine's skincare products.*

**ANSWER TO PARAGRAPH NO. 2**

2.    Honest Company denies the allegations in paragraph 2 of the counterclaim.

## *PARTIES*

*Paragraph No. 3: Cosmedicine is a Delaware limited liability company with its principal place of business located at 15301 Ventura Boulevard, Suite 400, Los Angeles, California. Cosmedicine is registered with the California Secretary of State.*

**ANSWER TO PARAGRAPH NO. 3**

3.    Honest Company admits the allegations in paragraph 3 of the counterclaim.

*Paragraph No. 4: THC is a Delaware corporation with a principal place of business at 2700 Pennsylvania Ave, Santa Monica, California, 90404.*

**ANSWER TO PARAGRAPH NO. 4**

4.     Honest Company admits the allegations in paragraph 4 of the counterclaim.

*JURISDICTION AND VENUE*

*Paragraph No. 5: The Court has jurisdiction over the subject matter of Cosmedicine's Counterclaims under the Trademark Act of 1946 (as amended), namely, 15 U.S.C. §§ 1051 et seq. Therefore, this Court has subject matter and original jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).*

**ANSWER TO PARAGRAPH NO. 5**

5.     Honest Company admits the court has subject matter jurisdiction over this action.

*Paragraph No. 6: This Court has personal jurisdiction over Counterclaim Defendant THC by virtue of its filing its Complaint and commencing this litigation.*

**ANSWER TO PARAGRAPH NO. 6**

6.     Honest Company admits it is subject to personal jurisdiction in this judicial district.

*Paragraph No. 7: To the extent the Court determines that venue is proper here with respect to the Complaint, venue is proper in this Court with respect to the Counterclaims.*

**ANSWER TO PARAGRAPH NO. 7**

7.     Honest Company admits venue is proper in this judicial district.

*FACTS*

*History of Cosmedicine and its Trademark Rights*

*Paragraph No. 8: Cosmedicine, created in 2003, is founded upon on a historical legacy of over seven decades, steeped in the rich traditions of European-based aesthetics treatment. Cosmedicine continues to operate with an ethos and philosophy rooted in accordance with its originating standard of high quality and*

*professional, results based, luxurious and affordable skincare. Cosmedicine is directly responsible for the development and conceptualization of its products in collaboration with its long-standing US-based formulation and production partner, as well as efficacy testing, packaging, sourcing, marketing, manufacturing logistics, assembly, and ultimately sales, distribution and fulfillment to both customers directly, as well as online and brick and mortar retail partners.*

### ANSWER TO PARAGRAPH NO. 8

8.      Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the counterclaim, and on that basis denies those allegations.

*Paragraph No. 9: Over the past decade, Cosmedicine has spent over sixty-six million dollars on brand and product development, product testing, marketing, and expansion of the Cosmedicine companies, products, and related brands. To date, Cosmedicine products have been sold nationally in Sephora and Nordstrom, through the website www.Cosmedicine.com, and across a variety of internet portals and well-known international outlets. A search in any internet browser will not only reveal continuous retail availability of Cosmedicine's products, but also current customer awareness and demand.*

### ANSWER TO PARAGRAPH NO. 9

9.      Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the counterclaim, and on that basis denies those allegations.

*Paragraph No. 10: From its inception, Cosmedicine has engaged in and maintained a unique, high-level of honesty and integrity in product development and marketing, at the onset requiring that each product be clinically tested for true performance results measured to precision by laboratory instruments. Rather than simply adhering to the standard of self-reported assessments of product results, Cosmedicine elected to raise the bar, to better satisfy the expectations of a*

*discerning customer base. The early testing protocols for Cosmedicine were designed and verified by an internationally-recognized university medical center and executed by third-party laboratories that certified the proof-positive findings. To this day, Cosmedicine is universally celebrated for its scientifically-advanced formulations, clinically-proven objective performance results, high-quality drug-grade ingredients and technological innovations in skincare cosmetics.*

**ANSWER TO PARAGRAPH NO. 10**

10.     Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the Counterclaim, and on that basis denies those allegations.

*Paragraph No. 11: In 2005, Cosmedicine applied for and was granted in 2007 the U.S. Trademark Registration No. 3,231,281 for HONEST FACE in connection with skin moisturizer. See Ex. A.*

**ANSWER TO PARAGRAPH NO. 11**

11.     Honest Company admits the allegations of paragraph 11 of the Counterclaim.

*Paragraph No. 12: Along with the assortment of other products included in Cosmedicine's original 2006 launch was the HONEST FACE® facial moisturizer, offered in a variety of four colors. Marketed and sold under the Honest Face registered trademark, the moisturizer offers a clean, translucent and "honest", natural flattering finish for all skin tones, providing vital moisture, anti-oxidants, peptides and nourishing skin compliments. The HONEST FACE® moisturizer also does not clog pores or produce breakouts and provides minimum broad-spectrum SPF 20 protection.*

**ANSWER TO PARAGRAPH NO. 12**

12.     Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the counterclaim, and on that basis denies those allegations.

1

2　　　*Paragraph No. 13: At all times, from the launch of the HONEST FACE®*

3　*brand moisturizer in 2006 to today, the HONEST FACE® brand moisturizer has*

4　*been available for sale in stores and online.*

5　　　**ANSWER TO PARAGRAPH NO. 13**

6　　　13.　　Honest Company lacks knowledge or information sufficient to form a

7　belief as to the truth of the allegations of paragraph 13 of the counterclaim, and on

8　that basis denies those allegations.

9　　　*Paragraph No. 14: Cosmedicine launched and continues to offer an*

10　*innovative product line, backed by science, reflecting advances in formulation and*

11　*skincare ingredients to benefit all skin types and concerns. To keep in step with this*

12　*ambitious vision, Cosmedicine must periodically revisit and make improvements to*

13　*its portfolio products. Thus, when Cosmedicine determined that HONEST FACE®*

14　*products could be further improved to provide even more beautiful appearance*

15　*results for an even broader range of skin types and tones, Cosmedicine initiated*

16　*the costly and extensive process of reformulation and repackaging. With its*

17　*reformulation under way, Cosmedicine, under the HONEST FACE® brand,*

18　*continues to drive innovation with its new product formulations that deliver ultra-*

19　*hydrating antioxidant-rich, sheer coverage that impart a natural radiance to the*

20　*skin from the inside as well as outside.*

21　　　**ANSWER TO PARAGRAPH NO. 14**

22　　　14.　　Honest Company lacks knowledge or information sufficient to form a

23　belief as to the truth of the allegations of paragraph 14 of the counterclaim, and on

24　that basis denies those allegations.

25　　　*Paragraph No. 15: Following the investment in reformulation and*

26　*expansion of the HONEST FACE® moisturizer offerings, Cosmedicine initiated*

27　*plans to further expand upon the Honest Face branding in the beauty and*

28　*cosmetics realm with additional tinted and non-tinted products, which are*

*currently in various stages of development.*

### ANSWER TO PARAGRAPH NO. 15

15. Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the counterclaim, and on that basis denies those allegations.

*Paragraph No. 16: Subsequently, to support and protect this planned natural expansion, on August 19, 2014, Cosmedicine submitted a U.S. Trademark Application, Serial No. 86,371,292, for HONEST FACE in connection with multiple skincare products, including items such as foundation, pressed powder, shimmer, concealer and other complexion-perfecting formulas. See Ex. B. As stated above, all the aforementioned products are currently in various stages of advanced formulation and pre-production.*

### ANSWER TO PARAGRAPH NO. 16

16. Honest Company admits that on August 19, 2014, Cosmedicine submitted the trademark application described in paragraph 16 of the counterclaim. As to the other allegations of paragraph 16 of the counterclaim, Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

*Paragraph No. 17: Cosmedicine is a formidable brand that has endured the fluctuations of an uncertain industry and internal management shifts, solely based on the strength of its groundbreaking formulation technology and unyielding commitment to excellence.*

### ANSWER TO PARAGRAPH NO. 17

17. Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 17 of the counterclaim, and on that basis denies those allegations.

### *THC'S INFRINGING ACTIVITIES*

*Paragraph No. 18: THC offers for sale an "Honest Face & Body Lotion"*

*under the heading of "nourishing, calming, & hydrating moisturizer". See Ex. C (emphasis added).*

**ANSWER TO PARAGRAPH NO. 18**

18.   Honest Company admits that it offers for sale a "Face + Body Lotion," and that the phrase "nourishing, calming & hydrating moisturizer" appears in small type below the product name.  As to the remaining allegations of Paragraph 18 of the counterclaim regarding emphasis and implied placement, Honest Company denies those allegations.

*Paragraph No. 19: THC's unauthorized use of the HONEST FACE® mark in connection with a moisturizer that is nearly identical to that offered for sale by Cosmedicine causes confusion in the market place. THC's use of Cosmedicine's HONEST FACE® mark is confusingly similar to Cosmedicine's use, and THC's use of the HONEST FACE® mark in connection with its moisturizer will likely cause consumer confusion with Cosmedicine's products.*

**ANSWER TO PARAGRAPH NO. 19**

19.   Honest Company denies the allegations of paragraph 19 of the counterclaim.

*Paragraph No. 20: Both THC's "Honest Face & Body Lotion" and Cosmedicine's HONEST FACE® Tinted Moisturizer are moisturizers for use on the face. THC's use of the HONEST FACE® mark in connection with its "Honest Face & Body" moisturizer, which is cheaper and of inferior quality to Cosmedicine's "Honest Face" product, will likely cause confusion among consumers and will irreparably harm Cosmedicine.*

**ANSWER TO PARAGRAPH NO. 20**

20.   Honest Company admits that its "Face + Body Lotion" can be applied to the face, but denies it is solely a facial moisturizer.  Honest Company admits that Cosmedicine's Honest Face tinted moisturizer is intended solely for use on the face.  Honest Company further admits that its "Face + Body Lotion" is less

expensive than Cosmedicine's Honest Face tinted moisturizer.  Honest Company denies the remaining allegations of paragraph 20 of the counterclaim.

*Paragraph No. 21: As THC concedes in paragraphs 18-23 of its own Complaint, THC has intentionally made millions of potentially infringing uses of Cosmedicine's HONEST FACE® mark, through various social media, broadcast, website, retail purchase points and other communication media, creating substantial and widespread confusion for consumers.*

### ANSWER TO PARAGRAPH NO. 21

21.    Honest Company denies that its marketing of its "Face + Body Lotion" is infringing, or that it has used Cosmedicine's HONEST FACE mark, or that its use creates confusion.  Honest Company admits it has marketed its "Face + Body Lotion" through various social media, broadcast, website, retail purchase points and other communication media.

*Paragraph No. 22: On information and belief, prior to initiating this action, THC hired a private investigation company that repeatedly contacted Cosmedicine's corporate parent representative requesting that it sell its rights to the HONEST FACE mark. Each time Cosmedicine was contacted, it declined the request. Instead, Cosmedicine was in the process of reformulating its HONEST FACE® moisturizer and launching its other Honest Face products. At all relevant times, THC was well aware of Cosmedicine's HONEST FACE® brand of moisturizer and the expansion of its product line.*

### ANSWER TO PARAGRAPH NO. 22

22.    Honest Company admits that in the fourth quarter of 2014, it hired a private company that contacted Cosmedicine's corporate parent several times requesting that it sell its rights to the HONEST FACE mark.  Honest Company denies that the corporate parent declined the request; the corporate parent indicated that a price in the mid-five figures to low six figures would be acceptable to the parent company, and that the parent company might be interested in a leasing

arrangement for the mark.  Honest Company further denies that it was aware of the existence of "Honest Face" moisturizer at all relevant times.   As to the third sentence of paragraph 22 of the counterclaim, Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

*Paragraph No. 23: On January 6, 2015 counsel for Cosmedicine sent a cease and desist letter to counsel for THC, asserting Cosmedicine's trademark rights and demanding that THC immediately terminate current and future production of its products bearing the word HONEST in connection with goods identical to those Cosmedicine sells bearing the mark HONEST FACE®. Ex. D, Letter from L. Moffatt to I. Lee (Jan. 6, 2015). Rather than engage in good faith discussion, THC filed the instant action on January 12, 2015.*

**ANSWER TO PARAGRAPH NO. 23**

23.    Honest Company admits that Cosmedicine sent the letter attached as Exhibit D to Honest Company, and that it filed the instant action on January 12, 2015.  Honest Company denies the remaining allegations of paragraph 23 of the counterclaim.

*Paragraph No. 24: On February 5, 2015, in an attempt to expand upon its infringing use of Cosmedicine's HONEST FACE trademark and to further highjack the word "Honest" for cosmetic products, THC filed thirteen trademark applications with the USPTO for marks incorporating the words "HONEST" and "BEAUTY", such as: HONEST BEAUTY SUNNY, HONEST BEAUTY GLAM, HONEST BEAUTY FRESH, HONEST BEAUTY FIERCE, HONEST BEAUTY DARLING, HONEST BEAUTY CHIC, and HONEST BEAUTY EVEN BRIGHTER. As part of its strategy, THC has also filed trademark applications for HONEST, HONEST MAN and HONEST BEAUTY for beauty products.*

**ANSWER TO PARAGRAPH NO. 24**

24.    Honest Company admits it filed the trademark applications described

in paragraph 24 of the counterclaim on February 5, 2015.  Honest Company denies that these filings were "an attempt to expand upon its infringing use of Cosmedicine's HONEST FACE trademark and to further highjack the word 'Honest' for cosmetics products."

*Paragraph No. 25: THC's aggressive tactics are further underscored by the fact that on February 13, 2015, THC filed, and was granted, a Ninety-Day Extension of Time to Oppose for Good Cause Cosmedicine's 2014 trademark application for HONEST FACE discussed in paragraph 15, supra.*

**ANSWER TO PARAGRAPH NO. 25**

25.    Honest Company admits that it filed, and was granted, the Ninety-Day Extension described in paragraph 25 of the Counterclaim on February 13, 2015.  Honest Company denies the remaining allegations of paragraph 25 of the counterclaim.

<u>*COUNT I*</u>

<u>*Federal Trademark Infringement under 15 U.S.C. §1114*</u>

*Paragraph No. 26: Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.*

**ANSWER TO PARAGRAPH NO. 26**

26.    Honest Company admits that the preceding paragraphs of the counterclaim are incorporated by reference, and the Honest Company incorporates its responses to those paragraphs as if fully set forth herein.

*Paragraph No. 27: As described above, Cosmedicine is the owner of the federally registered trademark for HONEST FACE. Cosmedicine's ownership and exclusive use in commerce of HONEST FACE® predates the use by THC.*

**ANSWER TO PARAGRAPH NO. 27**

27.    Honest Company admits that Cosmedicine is the owner of federal trademark registration no. 3,231,281.  As to the remaining allegations of paragraph 27 of the counterclaim, Honest Company lacks knowledge or information

sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

*Paragraph No. 28: THC's acts and conduct, as described supra, constitutes trademark infringement in violation of 15 U.S.C. §1114 in that THC's use of the HONEST FACE® mark and other confusingly similar marks is without authorization, upon goods identical to or similar to those offered for sale by Cosmedicine, and therefore likely to cause confusion, mistake and/or deception among consumers. Such conduct has and will irreparably harm Cosmedicine and its premier and expanding HONEST FACE brand.*

**ANSWER TO PARAGRAPH NO. 28**

28.     Honest Company denies the allegations of paragraph 28 of the counterclaim.

*Paragraph No. 29: Upon information and belief, THC has made, and will continue to make, substantial gain from its unauthorized use of the HONEST FACE® mark and other confusingly similar marks to which it is not entitled in law or equity, all to the detriment of Cosmedicine.*

**ANSWER TO PARAGRAPH NO. 29**

29.     Honest Company denies the allegations of paragraph 29 of the counterclaim.

*Paragraph No. 30: By reason of THC's infringement and violation of 15 U.S.C. § 1114, Cosmedicine has suffered, and continues to suffer, actual damages and irreparable harm from THC's unauthorized use of the HONEST FACE® mark and other confusingly similar marks on competing goods, targeting the same consumer base, unless restrained by law. Cosmedicine is entitled to an order requiring THC to account to Cosmedicine for any and all profits derived by THC from its infringing actions, and to an order awarding all damages sustained by Cosmedicine by reason of the infringement.*

3381-012 150409 AnswerCC.docx

11

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT THE HONEST COMPANY, INC.'S ANSWER
TO DEFENDANT AND COUNTER-CLAIMANT COSMEDICINE, LLC'S COUNTERCLAIM**

**ANSWER TO PARAGRAPH NO. 30**

30.     Honest Company denies the allegations of paragraph 30 of the counterclaim.

*Paragraph No. 31: Cosmedicine has no adequate remedy at law.*

**ANSWER TO PARAGRAPH NO. 31**

31.     Honest Company denies the allegations of paragraph 31 of the counterclaim.

*Paragraph No. 32: Unless an injunction is issued enjoining any continuing or future infringing use of the HONEST FACE mark and confusingly similar marks by THC on THC's products, such use is likely to continue to cause confusion, mistake, or to deceive as to source, origin, affiliation, or sponsorship, thereby irreparably damaging Cosmedicine.*

**ANSWER TO PARAGRAPH NO. 32**

32.     Honest Company denies the allegations of paragraph 32 of the Counterclaim.

*Paragraph No. 33: Accordingly, Cosmedicine respectfully requests that THC be permanently enjoined from using the HONEST FACE® mark and confusingly similar marks and for damages in an amount to be determined at trial.*

**ANSWER TO PARAGRAPH NO. 33**

33.     Honest Company admits that Cosmedicine has made the requests in paragraph 33 of the counterclaim; Honest Company denies that Cosmedicine is entitled to have those requests granted.

*Paragraph No. 34: Upon information and belief, THC's conduct alleged herein was intentional and in conscious disregard of Cosmedicine's rights. Pursuant to 15 U.S.C. § 1117(a), Cosmedicine is entitled to an award of treble damages and/or enhanced profits against THC.*

**ANSWER TO PARAGRAPH NO. 34**

34.   Honest Company denies the allegations of paragraph 34 of the counterclaim.

*COUNT II*

*Federal Unfair Competition and False Designation of Origin under 15 U.S.C.*
*§1125(a)*

*Paragraph No. 35: Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.*

**ANSWER TO PARAGRAPH NO. 35**

35.   Honest Company admits that the preceding paragraphs of the counterclaim are incorporated by reference, and the Honest Company incorporates its responses to those paragraphs as if fully set forth herein.

*Paragraph No. 36: THC's acts and conduct, as described supra, are likely to cause confusion, cause mistake, and/or deceive the public into mistakenly believing that Cosmedicine and THC are related entities, or that one is a licensee, authorized distributor, or affiliate of the other, or that THC, its activities, and/or its products or services are authorized, endorsed, sponsored or approved by Cosmedicine, or that THC, its activities, and/or its products or services originate with, are connected with, or are associated with Cosmedicine, or vice versa.*

**ANSWER TO PARAGRAPH NO. 36**

36.   Honest Company denies the allegations of paragraph 36 of the counterclaim.

*Paragraph No. 37: THC continues to use the HONEST FACE® mark and confusingly similar marks without authorization, in furtherance of its aggressive marketing campaigns that deliberately ignore the rights that Cosmedicine has thoughtfully and pragmatically built and maintained since 2006.*

**ANSWER TO PARAGRAPH NO. 37**

37.  Honest Company denies the allegations of paragraph 37 of the counterclaim.

*Paragraph No. 38: Upon information and belief, THC's conduct is willful and intentional. THC is and was at all relevant times both actually and constructively aware of Cosmedicine's prior use, ownership and registration and THC's conduct is therefore also willful and intentional.*

**ANSWER TO PARAGRAPH NO. 38**

38.  Honest Company denies the allegations of paragraph 38 of the counterclaim.

*Paragraph No. 39: Upon information and belief, THC has made, and will continue to make, substantial gain from its unauthorized use of the HONEST FACE® mark and confusingly similar marks to which it is not entitled in law or equity, all to the detriment of Cosmedicine.*

**ANSWER TO PARAGRAPH NO. 39**

39.  Honest Company denies the allegations of paragraph 39 of the counterclaim.

*Paragraph No. 40: By reason of THC's infringement, Cosmedicine has suffered, and will continue to suffer, actual damages and irreparable harm from THC's unauthorized use of the HONEST FACE® mark and other confusingly similar marks on competing goods and services, targeting the same consumer base, unless restrained by law.*

**ANSWER TO PARAGRAPH NO. 40**

40.  Honest Company denies the allegations of paragraph 40 of the counterclaim.

*Paragraph No. 41: Cosmedicine has no adequate remedy at law.*

**ANSWER TO PARAGRAPH NO. 41**

41.    Honest Company denies the allegations of paragraph 41 of the counterclaim.

*Paragraph No. 42: Accordingly, Cosmedicine respectfully requests that THC be permanently enjoined from using the HONEST FACE® mark and other confusingly similar marks and for damages in an amount to be determined at tria*l.

**ANSWER TO PARAGRAPH NO. 42**

42.    Honest Company admits that Cosmedicine has made the requests in paragraph 42 of the counterclaim; Honest Company denies that Cosmedicine is entitled to have those requests granted.

## *COUNT III*

### *Trademark Infringment under Common Law of the State of California*

*Paragraph No. 43: Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.*

**ANSWER TO PARAGRAPH NO. 43**

43.    Honest Company admits that the preceding paragraphs of the counterclaim are incorporated by reference, and the Honest Company incorporates its responses to those paragraphs as if fully set forth herein.

*Paragraph No. 44: As described supra, Cosmedicine is the owner of valid and protectable trademark rights. Cosmedicine's ownership and exclusive use in commerce of its trademarks predate any use by THC.*

**ANSWER TO PARAGRAPH NO. 44**

44.    Honest Company admits that Cosmedicine is the owner of federal trademark registration no. 3,231,281.  As to the remaining allegations of paragraph 44 of the counterclaim, Honest Company lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

*Paragraph No. 45: THC's adoption and use of a confusingly similar mark is likely to cause confusion among relevant consumers.*

**ANSWER TO PARAGRAPH NO. 45**

45.     Honest Company denies the allegations of paragraph 45 of the counterclaim.

*Paragraph No. 46: Specifically, THC continues to use the HONEST FACE® mark and other confusingly similar marks without authorization.*

**ANSWER TO PARAGRAPH NO. 46**

46.     Honest Company denies the allegations of paragraph 46 of the counterclaim.

*Paragraph No. 47: THC's acts constitute common law trademark infringement under California law.*

**ANSWER TO PARAGRAPH NO. 47**

47.     Honest Company denies the allegations of paragraph 47 of the counterclaim

*Paragraph No. 48: Upon information and belief, THC has made, and will continue to make, substantial gain from its unauthorized use of the HONEST FACE® mark to which it is not entitled in law or equity, all to the detriment of Cosmedicine.*

**ANSWER TO PARAGRAPH NO. 48**

48.     Honest Company denies the allegations of paragraph 48 of the counterclaim.

*Paragraph No. 49: By reason of THC's infringement, Cosmedicine has suffered, and will continue to suffer, actual damages and irreparable harm from THC's unauthorized use of the HONEST FACE® mark and other confusingly similar marks on competing goods and services, targeting the same consumer base, unless restrained by law.*

**ANSWER TO PARAGRAPH NO. 49**

49.    Honest Company denies the allegations of paragraph 49 of the counterclaim.

*Paragraph No. 50: Cosmedicine has no adequate remedy at law.*

**ANSWER TO PARAGRAPH NO. 50**

50.    Honest Company denies the allegations of paragraph 50 of the counterclaim.

*Paragraph No. 51: Accordingly, Cosmedicine respectfully requests that THC be permanently enjoined from using the HONEST FACE® mark and for damages in an amount to be determined at trial.*

**ANSWER TO PARAGRAPH NO. 51**

51.    Honest Company admits that Cosmedicine has made the requests in paragraph 51 of the Counterclaim; Honest Company denies that Cosmedicine is entitled to have those requests granted.

*Paragraph No. 52: Upon information and belief, THC's conduct was willful, wanton, malicious, and in conscious disregard of Cosmedicine's rights, thereby justifying an award of punitive and/or exemplary damages in an amount to be determined at trial.*

**ANSWER TO PARAGRAPH NO. 52**

52.    Honest Company denies the allegations of paragraph 52 of the counterclaim.

*COUNT IV*

*Unfair Competition under California Business and Professions Code §17200*

*Paragraph No. 53: Cosmedicine repeats and re-alleges all paragraphs as if fully set forth herein.*

**ANSWER TO PARAGRAPH NO. 53**

53.   Honest Company admits that the preceding paragraphs of the counterclaim are incorporated by reference, and the Honest Company incorporates its responses to those paragraphs as if fully set forth herein.

*Paragraph No. 54: THC's acts and conduct, as described supra, including, but not limited to THC's use and adoption of a confusingly similar mark constitutes unfair competition and misappropriation of Cosmedicine's trademark rights in violation of California Business and Professions Code §§ 17200 et seq.*

**ANSWER TO PARAGRAPH NO. 54**

54.   Honest Company denies the allegations of paragraph 54 of the counterclaim.

*Paragraph No. 55: THC misappropriated the labors and expenditures of Cosmedicine in bad faith.*

**ANSWER TO PARAGRAPH NO. 55**

55.   Honest Company denies the allegations of paragraph 55 of the counterclaim.

*Paragraph No. 56: As a direct and proximate result of THC's unlawful, unfair and/or fraudulent business practices, Cosmedicine has suffered, and will continue to suffer, irreparable harm.*

**ANSWER TO PARAGRAPH NO. 56**

56.   Honest Company denies the allegations of paragraph 56 of the counterclaim.

*Paragraph No. 57: Cosmedicine is entitled to an injunction prohibiting THC from continuing the practices alleged herein, and Cosmedicine is entitled to restitution of all amounts acquired by THC by means of such wrongful acts.*

**ANSWER TO PARAGRAPH NO. 57**

57.   Honest Company denies the allegations of paragraph 57 of the counterclaim.

1      *Paragraph No. 58: Cosmedicine has no adequate remedy at law.*

2      **ANSWER TO PARAGRAPH NO. 58**

3      58.    Honest Company denies the allegations of paragraph 58 of the

4 counterclaim.

5      *Paragraph No. 59: THC's conduct has caused, and if not enjoined, will*

6 *continue to cause to Cosmedicine irreparable harm and damage to its business,*

7 *reputation, and goodwill.*

8      **ANSWER TO PARAGRAPH NO. 59**

9      59.    Honest Company denies the allegations of paragraph 59 of the

10 counterclaim.

11                           *COUNT V*

12               *Common Law Unfair Competition*

13      *Paragraph No. 60: Cosmedicine repeats and re-alleges all paragraphs as if*

14 *fully set forth herein.*

15      **ANSWER TO PARAGRAPH NO. 60**

16      60.    Honest Company admits that the preceding paragraphs of the

17 counterclaim are incorporated by reference, and the Honest Company incorporates

18 its responses to those paragraphs as if fully set forth herein.

19      *Paragraph No. 61: THC's conduct in connection with its products are likely*

20 *to cause confusion, misrepresentation, mistake, and/or deceive the public as to the*

21 *affiliation, approval, sponsorship, or connection between THC and Cosmedicine,*

22 *and therefore constitutes common law unfair competition under California law.*

23      **ANSWER TO PARAGRAPH NO. 61**

24      61.    Honest Company denies the allegations of paragraph 61 of the

25 counterclaim.

26      *Paragraph No. 62: Cosmedicine has been damaged and will continue to be*

27 *damaged by THC's infringing conduct.*

28

**ANSWER TO PARAGRAPH NO. 62**

62.     Honest Company denies the allegations of paragraph 62 of the counterclaim.

*Paragraph No. 63: THC's conduct is causing and will continue to cause Cosmedicine to suffer irreparable harm and, unless THC is restrained, Cosmedicine will continue to be so damaged, because it has no adequate remedy at law.*

**ANSWER TO PARAGRAPH NO. 63**

63.     Honest Company denies the allegations of paragraph 63 of the counterclaim.

*Paragraph No. 64: Accordingly, Cosmedicine respectfully requests that THC be permanently enjoined from using the HONEST FACE® mark and other confusingly similar marks and for damages in an amount to be determined at trial.*

**ANSWER TO PARAGRAPH NO. 64**

64.     Honest Company denies the allegations of paragraph 64 of the counterclaim.

*Paragraph No. 65: Upon information and belief, THC's conduct was willful, wanton, malicious, and in conscious disregard of Cosmedicine's rights, thereby justifying an award of punitive and/or exemplary damages in an amount to be determined at trial.*

**ANSWER TO PARAGRAPH NO. 65**

65.     Honest Company denies the allegations of paragraph 65 of the counterclaim.

### <u>First Affirmative Defense</u>

1.     Each cause of action fails to state facts sufficient to constitute a claim or cause of action upon which relief may be granted.

3381-012 150409 AnswerCC.docx

20

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT THE HONEST COMPANY, INC.'S ANSWER
TO DEFENDANT AND COUNTER-CLAIMANT COSMEDICINE, LLC'S COUNTERCLAIM**

### Second Affirmative Defense

2.     Some or all of Cosmedicine's claims or some of all of the relief sought for such claims are barred by the doctrine of waiver.

### Third Affirmative Defense

3.     Some or all of Cosmedicine's claims or some of all of the relief sought for such claims are barred by the doctrine of estoppel.

### Fourth Affirmative Defense

4.     Some or all of Cosmedicine's claims or some of all of the relief sought for such claims are barred by the doctrines of laches.

### Fifth Affirmative Defense

5.     Some or all of Cosmedicine's claims or some of all of the relief sought for such claims are barred by the doctrine of acquiescence.

### Sixth Affirmative Defense

6.     Some or all of Cosmedicine's claims or some of all of the relief sought for such claims are barred because Cosmedicine has abandoned the mark.

### Seventh Affirmative Defense

7.     Some or all of Cosmedicine's claims or some of all of the relief sought for such claims are barred by applicable statutes of limitations.

### Eighth Affirmative Defense

8.     Honest Company has insufficient knowledge or information upon which to form a belief as to whether it may have additional, and as yet unstated affirmative defenses available, and reserves the right to assert such additional defenses in the event that further discovery, investigation or analysis indicate they are proper.

### Ninth Affirmative Defense

9.     Honest Company hereby incorporates its Complaint as an affirmative defense to the Counterclaim.

3381-012 150409 AnswerCC.docx

21

PLAINTIFF AND COUNTERCLAIM-DEFENDANT THE HONEST COMPANY, INC.'S ANSWER
TO DEFENDANT AND COUNTER-CLAIMANT COSMEDICINE, LLC'S COUNTERCLAIM

# **PRAYER FOR RELIEF**

WHEREFORE, Honest Company prays for judgment as follows:

1.      That the court dismiss the counterclaims for failure to state a claim upon which relief can be granted;

2.      That Cosmedicine take nothing by way of its Counterclaims;

3.      That Honest Company recover attorney's fees;

4.      That Honest Company recover costs of suit; and

5.      For such other and further relief as the court may deem just and proper.


Dated:  April 9, 2015                    Respectfully submitted,

RUSS, AUGUST & KABAT
Jules L. Kabat
Irene Y. Lee
Nathan D. Meyer


By: *Nathan D. Meyer*
     Nathan D. Meyer
     Attorneys for Plaintiff
     The Honest Company, Inc.

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUSS, AUGUST & KABAT

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2015 the foregoing document described as **PLAINTIFF AND COUNTERCLAIM-DEFENDANT THE HONEST COMPANY, INC.'S ANSWER TO DEFENDANT AND COUNTER-CLAIMANT COSMEDICINE, LLC'S COUNTERCLAIM** was filed electronically via the Court's Electronic Case Filing System (ECF).  Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.

By:   */s/ Nathan D. Meyer* _____
Nathan D. Meyer