| | |
|---|---|
| 1 | **CROWELL & MORING LLP** |
| 2 | Samrah Mahmoud (CSB No. 285168) |
|   | smahmoud@crowell.com |
| 3 | 3 Park Plaza, 20th Floor |
|   | Irvine, CA  92614 |
| 4 | Telephone: (949) 263-8400 |
|   | Facsimile: (949) 263-8414 |
| 5 | **CROWELL & MORING LLP** |
| 6 | Lora A. Moffatt (*admitted pro hac vice*) |
|   | lmoffatt@crowell.com |
| 7 | Preetha Chakrabarti (*admitted pro hac vice*) |
|   | pchakrabarti@crowell.com |
| 8 | 590 Madison Ave, 20th Floor |
|   | New York, NY 10022 |
| 9 | Telephone: (212) 223-4000 |
|   | Facsimile: (212) 223-4134 |
| 10 | Attorneys for Defendant, Counterclaim-Plaintiff |
| 11 | COSMEDICINE, LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE HONEST COMPANY, INC. a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>COSMEDICINE, LLC, a Delaware corporation,<br><br>           Defendant. | Case No. 2:15-CV-00239-PSG-JEM<br><br>[~~PROPOSED~~] **ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>[Stipulated Protective Order Filed Concurrently]<br><br>Complaint Filed:  January 12, 2015 |
| COSMEDICINE, LLC, a Delaware corporation,<br><br>           Counterclaim Plaintiff<br><br>     v.<br><br>THE HONEST COMPANY, INC. a Delaware corporation,<br><br>           Counterclaim Defendant. | |

1  Having reviewed the parties' Stipulated Protective Order ("Protective
2  Order") and for good cause shown, the Protective Order is hereby GRANTED. It is
3  so ORDERED.

4  Dated: July 30, 2015

_____
The Honorable John E. McDermott,
Magistrate Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-903747383.2

-1-

[PROPOSED] ORDER ON STIPULATED
PROTECTIVE ORDER;
CASE NO. 2:15-CV-239-00840-PSG-JEM