RUSS, AUGUST & KABAT
JULES L. KABAT, State Bar No. 061659
E-mail: jkabat@raklaw.com
IRENE Y. LEE, State Bar No. 213625
E-mail: ilee@raklaw.com
NATHAN D. MEYER, State Bar No. 239850
E-mail: nmeyer@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff and Counterclaim-Defendant
The Honest Company, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HONEST COMPANY, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COSMEDICINE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:15-CV-239 (PSG)<br><br>Assigned to The Honorable Philip S. Gutierrez,<br>Courtroom 880 - Roybal<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[FED. R. CIV. PROC. 41(a)(1)(A)(ii)]<br><br>Complaint Filed: January 12, 2015 |
| COSMEDICINE, LLC, a Delaware limited liability company,<br><br>Counter-claimant,<br><br>vs.<br><br>THE HONEST COMPANY, INC. a Delaware corporation,<br><br>Counterclaim-Defendant. | |

150909 THC Stip of Dismissal w/ Prejudice .docx

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and counterclaim-defendant The Honest Company, Inc. ("The Honest Company") and defendant and counter-claimant Cosmedicine, LLC ("Cosmedicine"), who constitute all parties who have appeared in the above-captioned matters (the "Litigation"), hereby stipulate to dismiss WITH PREJUDICE all claims and counterclaims asserted in the Litigation. All attorney's fees, costs, and expenses are to be borne by the party incurring the same.

DATED: September 9, 2015

RUSS, AUGUST & KABAT
Jules L. Kabat
Irene Y. Lee
Nathan D. Meyer


By: /s/ *Irene Y. Lee*
    Irene Y. Lee
    Attorneys for Plaintiff
    The Honest Company, Inc.

DATED: September 9, 2015

CROWELL AND MORING
Samrah R. Mahmoud (CBN 285168)
Lora A. Moffatt
Preetha Chakrabarti


By: /s/ *Lora A. Moffatt*
    Attorneys for Defendant
    Cosmedicine, LLC

RUSS, AUGUST & KABAT